**FREE METHODIST FOUNDATION, et al., Plaintiffs–Appellants,**

**v.**

**PROSOFT I–NET SOLUTIONS, INC., also known as Prosoft Training Com., et al., Defendants–Appellees.**

No. 00–2333.

United States Court of Appeals, Sixth Circuit.

June 20, 2002.

Before MARTIN, Chief Circuit Judge; KEITH and KENNEDY, Circuit Judges.

PER CURIAM.

Plaintiffs appeal the District Court's Opinion and Order dated September 19, 2000 Granting Defendant Prosoft I–Net Solutions's Motion for Summary Judgment

* The Honorable Glen M. Williams, United States District Judge for the Western District

and the District Court's Order Denying Plaintiffs' Motion for Reconsideration dated October 11, 2000.

Having carefully considered the record on appeal, the briefs of the parties, the arguments of counsel, and the applicable law, we are not persuaded that the District Court erred.

Accordingly, the judgment of the District Court is AFFIRMED.